# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| WAYLON VAUGHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:13-cv-05097-MDH |
| ) | |
| AEGIS COMMUNICATIONS ) | |
| GROUP, LLC and AEGIS USA, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc 81). The parties stipulate that the matter should be dismissed with prejudice, each party to bear their own costs and attorneys' fees. Wherefore, the Court **GRANTS** the parties' Stipulation of Dismissal With Prejudice and hereby dismisses this case in its entirety with prejudice, and with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 13, 2015

                                              */s/ Douglas Harpool*_____
                                              **DOUGLAS HARPOOL**
                                              **UNITED STATES DISTRICT JUDGE**